July 12, 2012

Comcast Legal Response Center
Comcast
NE&TO
650 Centerton Road
Morristown, NJ 08057

Re:     Malibu Media, LLC v. John Does 1-13
        United States District Court for the Southern District of Florida
        Docket No.: 9-12-cv-80512
        Order Entered: June 6, 2012
        Comcast File #: 392016

Dear Sir/Madam:

I am in receipt of your letter dated June 22, 2012 in which you stated that a device assigned to IP address 174.48.110.38 in my name was used to download a movie without permission. Please be advised that I am 90 years old and have no idea how to download anything. I have no knowledge of the event that occurred and do not want my information divulged to anyone.

Please advise what, if any action I need to take in order to clear my name of this alleged copyright violation.

Very truly yours,

Retinell Lewis

c.c.     M. Keith Lipscomb, Esq.
        Eisenberg & Baker, PL
        2 South Biscayne Boulevard
        Ste. 3800
        Miami, Florida 33131

        United States District Court
        Southern District of Florida