# AFFIDAVIT OF PROCESS SERVER

U.S. District Court    Southern District                                State of Florida

**MALIBU MEDIA, LLC.**                              Attorney:

    Plaintiff                                    M. Keith Lipscomb
                                                   Mr. M. Keith Lipscomb, Esq. Lipscomb,
vs.                                                Eisenberg & Baker, PL
                                                   2 S. Biscayne Blvd., Penthouse 3800
**RYAN RUBIN**                                     Miami, FL. 33131

    Defendant

**Case Number:** 9:12-cv-80512-KMW

Legal documents received by We Serve Process LLP on October 18th, 2012 at 3:22 PM to be served upon **Ryan Rubin at 245 Dorset F, Boca Raton, FL. 33434**

I, Gerrard T. Queen, swear and affirm that on **October 29th, 2012 at 10:25 AM**, I did the following:

**Individually** Served **Ryan Rubin** the person listed as the intended recipient of the legal document with a conformed copy of this **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL; EXHIBIT A**. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Male   Age: 30's   Height: 5'11"   Weight: 195 lbs   Skin Color: White   Hair Color: Black   Glasses:

**Supplemental Data Appropriate to this Service:**
This paper was served at Mr. Rubin's work address: 1st Capital Insurance, 2515 N. State Road 7, Ste. 213, Margate, FL 33063.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

*Gerrard T. Queen*

Gerrard T. Queen
Process Server, # Miami Dade County: 1698,
Broward County: 1343, Palm Beach County: 1284.

We Serve Process LLP
260 N.W. 19th St #21
Boca Raton, FL 33432

(561) 305-6470

Internal Job ID: 2012000513

Reference Number: LEB-101812

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.