UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MALIBU MEDIA, LLC,   )
                     )
   Plaintiff,        )   Civil Case No. 9:12-cv-80512-KMW
                     )
v.                   )
                     )
RYAN RUBIN,          )
                     )
   Defendant.        )
_____)

**PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT RYAN RUBIN**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Defendant, Ryan Rubin ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, Plaintiff will dismiss Defendant from the action with prejudice.

Dated: April 24, 2013

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*

1